UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEISHA LONG,**<br><br>            Plaintiff,<br><br>     v.<br><br>**SAFEWAY, INC.,** *et al*,<br><br>            Defendants. | Civil Action 11-0768 (BJR) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant United Food and Commercial Workers Union, Local 400's Motion to Dismiss [Doc. # 3] is **GRANTED**; it is further

**ORDERED** that Defendant Safeway Inc.'s Motion to Dismiss [Doc. # 7] is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.

February 3, 2012

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE